```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MIGUEL CALDERON,
    a/k/a "Mick,"

                Defendant.

17 Cr. 611-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's amended motion for compassionate release at ECF No. 712. Accordingly, by **March 30, 2021**, the Government shall file its opposition papers. By **April 6, 2021**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: March 16, 2021
       New York, New York

ANALISA TORRES
United States District Judge