```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/13/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MIGUEL CALDERON,
    a/k/a "Mick,"

                      Defendant.

17 Cr. 611-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold an initial conference for the violation of supervised release in this matter on **March 21, 2023**, at **4:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge