UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MIGUEL CALDERON,
    a/k/a "Mick,"

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2023

17 Cr. 611-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release hearing scheduled for March 21, 2023, is ADJOURNED to **April 26, 2023**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 17, 2023
       New York, New York

                                        ANALISA TORRES
                                       United States District Judge