

**U.S. Dep**[artment of Justice]

United S[tates Attorney]
Southern [District of New York]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/12/2023

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 11, 2023

**BY ECF AND EMAIL**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Miguel Calderon*, 17 Cr. 611 (AT)

Dear Judge Torres:

    The Government submits this letter on behalf of the parties, and with the consent of the United States Probation Office ("Probation"), to respectfully request an adjournment of the violation of supervised release ("VOSR") hearing currently scheduled for April 26, 2023, in the above-captioned matter. As Your Honor is aware, the VOSR pending before the Court involves conduct that is also the subject of a separate criminal case against the defendant currently pending in New York Criminal Court (CR-006002-23NY), in which the defendant has been charged with attempted murder in the second degree, in violation of New York Penal Law § 125.25(01), among other offenses.

    In light of the overlapping issues between the defendant's case in New York Criminal Court and the instant VOSR, the parties submit that it would be most efficient to adjourn the VOSR hearing during the pendency of the state case. The Government has conferred with defense counsel and Probation, and respectfully proposes that the Court reschedule the VOSR hearing for the week

of June 5, 2023.  In the event the state case is still pending at that time, the parties may jointly request a subsequent adjournment for the same reasons described herein.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By: _____
        Chelsea L. Scism
        Alexandra N. Rothman
        Assistant United States Attorneys
        (212) 637-2105/2580

GRANTED.  The hearing scheduled for April 26, 2023, is ADJOURNED to **June 6, 2023**, at **10:00 a.m.**

SO ORDERED.

Dated: April 12, 2023
      New York, New York

        _____
        ANALISA TORRES
        United States District Judge