USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/1/2024_



KREINDLER & KREINDLER LLP | 485 Lexington Avenue | N
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

January 31, 2024

BY ECF
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Miguel Calderon*, 17 Cr. 611 (AT)

Dear Judge Torres:

    I represent Miguel Calderon in the above-caption matter and submit this joint request on behalf of the defense and the government to adjourn the violation of supervised release (VOSR) hearing currently scheduled for February 6, 2024.

    As this Court knows, the VOSR pending here arises out of the same conduct that is the subject of a separate criminal case in New York Supreme Court. Following an appearance in the state court case this month, it is my understanding that the matter remains ongoing, though may be resolved in a manner that would allow the parties here to address the VOSR without the need for an evidentiary hearing. Given, however, that the state court case will be, as of next week, still pending, I respectfully request that the VOSR hearing be adjourned to the week of March 11, 2024.

    Respectfully,

    /s/ Megan W. Benett
    Megan W. Benett
    (212) 973-3406

cc: all counsel by ECF

GRANTED. The violation of supervised release hearing scheduled for February 6, 2024, is ADJOURNED to **March 12, 2024** at **11:00 a.m.**

SO ORDERED.

Dated: February 1, 2024
       New York, New York

ANALISA TORRES
United States District Judge