USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/6/2024_



KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

March 6, 2024

BY ECF
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Miguel Calderon*, 17 Cr. 611 (AT)

Dear Judge Torres:

    I represent Miguel Calderon in the above-caption matter and, having consulted with Mr. Calderon's state court attorney regarding the case venued in New York Supreme Court, submit this joint request on behalf of the defense and the government to adjourn the conference regarding the violation of supervised release (VOSR) currently scheduled for March 11, 2024.

    Mr. Calderon has not yet resolved the state court proceeding, but I believe the parties there have been in discussions that may soon determine if Mr. Calderon will proceed to trial. Because the VOSR pending here arises out of the same conduct that is the subject of that case, and given that the resolution of the state court case could render a hearing to prove any of the VOSR specifications unnecessary, the parties respectfully request that this Court adjourn next week's appearance until the week of April 12, 2024.

    Respectfully,

    /s/ Megan W. Benett
    Megan W. Benett
    (212) 973-3406

GRANTED.  The violation of supervised release hearing scheduled for March 12, 2024, is ADJOURNED to **April 16, 2024**, at **10:20 a.m.**

SO ORDERED.

Dated: March 6, 2024
       New York, New York

ANALISA TORRES
United States District Judge