USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2024



KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New Y
office: 212.687.8181 | fax: 212.972.9432 | www.krein

April 8, 2024

BY ECF
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Miguel Calderon*, 17 Cr. 611 (AT)

Dear Judge Torres:

  I write in connection with my client Miguel Calderon's pending violation of supervised release (VOSR), which is currently scheduled for a conference on April 16, 2024, and make a joint request on behalf of the government and the defense for an adjournment until May 15, 2024.

  As this Court likely recalls, Mr. Calderon also has an open matter in New York State Supreme Court arising out of the same conduct that forms the basis of his VOSR here. Based on recent communications with Mr. Calderon's attorney in the New York State case, it is my understanding that the other matter is close to resolution. Indeed, Mr. Calderon was to be in court last week (at which time it may have finally resolved), but the Department of Corrections did not produce him. Because he was not produced to court, it will likely take some modest additional time to reach a final agreement in the state court matter.

  Given that the VOSR here concerns the same conduct that is the subject of the state court case, assuming that Mr. Calderon does indeed resolve the state court case, that will obviate the need for an evidentiary hearing here. In order to conserve judicial and party resources, we therefore respectfully request that this Court adjourn next week's appearance for thirty days until May 15, 2024 (a date that works for both the defense and the government) or another date convenient for the Court.

GRANTED. The violation of supervised release hearing scheduled for April 16, 2024 is ADJOURNED to **May 14, 2024** at **3:30 p.m.**

SO ORDERED.

Dated: April 9, 2024
   New York, New York

_____
ANALISA TORRES
United States District Judge