```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MIGUEL CALDERON,

                Defendant.

17 Cr. 611-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release sentencing scheduled for June 11, 2024, is ADJOURNED to **July 16, 2024, at 11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Defendant shall file his sentencing submission by **July 2, 2024**, and the Government shall file its submission by **July 9, 2024**.

    SO ORDERED.

Dated: September 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge