```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MIGUEL CALDERON,

                        Defendant.

17 Cr. 611-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Due to a scheduling conflict, the violation of supervised release sentencing scheduled for July 16, 2024, is RESCHEDULED to **July 15, 2024**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties' sentencing submission deadlines remain the same.

    SO ORDERED.

Dated: June 7, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge