UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MIGUEL CALDERON,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  07/22/2024

17 Cr. 611-10 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The violation of supervised release sentencing scheduled for July 22, 2024, is ADJOURNED to **September 9, 2024**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 15, 2024
         New York, New York

_____
ANALISA TORRES
United States District Judge